EXHIBIT A

← 43783

Thursday, Feb 14 • 2:55 PM

This # is verified to rcv acct & mtkg msgs from Strategic Autom. Svc.# of msgs varies by acct. Msg&DataRates MayApply. ?'s call 844-366-1020 To optout reply STOP

STOP

Case 3:19-cv-00926-G   Document 1-1   Filed 04/16/19   Page 2 of 4   PageID 8

Tuesday, Feb 19 • 8:01 AM

(1/2)Strategic Servicing TOP Portfolio payment reminder: Hi Michelle. Your payment of $177.9 is due in 5 days. Need Assistance? Call us at (844) 366-1020. For



(2/2)info reply HELP



43783

Thursday, Feb 28 • 8:02 AM

(2/2)info reply HELP

(1/2)Strategic Servicing TOP Portfolio: Michelle, your pmt of $177.9 was due 3 days ago. Your immediate response is needed! Pls call us @ (844) 366-1020. For

Tuesday, Mar 5 • 8:01 AM

(1/2)Strategic Servicing TOP Portfolio payment reminder: Hi Michelle. Your payment of $177.9 is due in 5 days. Need Assistance? Call us at (844) 366-1020. For

(2/2)info reply HELP