## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| Robin Johnson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:19-cv-926 |
| vs. | ) |
| | ) |
| Strategic Automotive Servicing, LLC, | ) |
| | ) |
| Defendants. | ) |

### JOINT NOTICE OF SETTLEMENT
### BETWEEN ROBIN JOHNSON
### AND STRATEGIC AUTOMOTIVE SERVICING, LLC

NOTICE IS HEREBY GIVEN that the claims brought by Plaintiff Robin Johnson ("Johnson") and Defendant Strategic Automotive Servicing, LLC, ("SAS") against each other have been settled. Johnson and SAS anticipate filing a Stipulation of Dismissal of their claims against each other with prejudice within 30 days. Johnson and SAS therefore request that all pending deadlines and all Joint Status Report and Settlement Meeting requirements concerning their claims against each other be suspended and that the Court set a deadline on or after August 3, 2019 for filing a Stipulation of Dismissal.

- 2 -

Dated: July 3, 2019

/s/ Shawn Jaffer
Shawn Jaffer, Esq.
SHAWN JAFFER LAW FIRM, PLLC
Texas Bar No. 24107817
9300 John Hickman Pkwy, Suite 1204
Dallas, Texas 75035
T: 214-210-0730
F: 214-594-6100
shawn@jafflaw.com
*Counsel for Plaintiff*

Jack C. Myers
4709 West Lovers Lane
Suite 200
Dallas, Texas 75209
T/F: (214) 357-6700
(Fax) 357-4020
SBN#14766000
jcmyers@newtexas.com
*Attorneys for Defendant*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 3rd, 2019, a copy of the foregoing document was served on all parties pursuant to the FEDERAL RULES OF CIVIL PROCEDURE.

Jack C. Myers
4709 West Lovers Lane
Suite 200
Dallas, Texas 75209
(214) 357-6700
(Fax) 357-4020
SBN#14766000
jcmyers@newtexas.com
*Attorneys for Defendant*

/s/ ShawnJaffer
Shawn Jaffer