IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Robin Johnson, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-cv-926 |
| | § | |
| Strategic Automotive Servicing, LLC, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Robin Johnson and Defendant Strategic Automotive Servicing, LLC stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss all causes of action against Strategic Automotive Servicing, LLC, with prejudice.

AGREED AS TO FORM AND CONTENT:

By:/s/ Shawn Jaffer_____      By:/S/ ___ Jack C. Meyers _____

    SHAWN JAFFER                                      Jack C. Myers
    State Bar No. 24107817                        State Bar No. 147660

SHAWN JAFFER LAW FIRM, PLLC,          Jack C. Myers
9300 John Hickman Pkwy, Suite 400         4709 West Lovers Lane
Frisco, Texas 75035                                    Dallas, Tx 75209
(214) 210-0730 – Telephone                    (214) 357-6700
(214) 594-6100 – Telecopy                       (fax) 357-4020
shawn@jafflaw.com                                 jcmyers@newtexas.com
ATTORNEY FOR PLAINTIFF                ATTORNEY FOR DEFENDANT