UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBIN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:19-CV-0926-G |
| STRATEGIC AUTOMOTIVE | ) | |
| SERVICING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this 16th day of July, 2019, in the above entitled and numbered cause,

there came plaintiff, Robin Johnson, by her attorney of record, and came defendant,

Strategic Automotive Servicing, LLC, by its attorney of record, and moved that said

cause be dismissed with prejudice to refiling, with each party paying their own costs,

and the court finding that the said motion should be sustained, it is accordingly:

**ORDERED, ADJUDGED,** and **DECREED** that all of plaintiff's claims in the

above entitled and numbered cause be and the same are hereby dismissed with

prejudice to refiling, that all claims of defendant against plaintiff be **DISMISSED**

with prejudice to refiling, and that all costs of court herein be paid by the party

incurring same.

**SO ORDERED**.

July 16, 2019.

_C. Joe Fish_____

**A. JOE FISH**
**Senior United States District Judge**

**APPROVED AS TO FORM AND CONTENT**:


   /s/ Shawn Jaffer_____
Shawn Jaffer
Shawn Jaffer Law Firm PLLC
9300 John Hickman Pkwy., Suite 1204
Frisco, Texas 75035
214-618-0860
FAX NO. 214-594-6100
Bar Card No. 24107817
shawn@jafflaw.com
Attorney for Plaintiff


   /s/ Jack C. Meyers_____
Jack C. Myers
4709 West Lovers Lane
Suite 200
Dallas, Texas 75209
(214) 357-6700
(Fax) 357-4020
SBN#14766000
Attorney for Defendant